**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-50210 (KBO) |
| MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS, | |
| Defendants. | |

**ORDER**

Upon consideration of *Plaintiff's Motion to Compel Production of Documents*, dated February 13, 2026 [D.I. 69] (the "Motion"),[2] and this Court having considered the Defendants' objection to the Motion; and a hearing on March 26, 2026 (the "Hearing") having been held to consider the relief requested; and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED, in part.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

{1368.003-W0085605.}

2.    Each Defendant must provide to Plaintiff a written explanation signed under penalty of perjury detailing their searches in responding to the Requests, including by identifying:

a. All custodians whose files were searched;

b. Each specific device and account searched;

c. Who conducted each search and when;

d. All search terms used;

e. All date ranges searched;

f. Whether searches included sent items, received items, drafts, and deleted items;

g. Whether searches included attachments;

h. The number of items collected from each source;

i. The number of items reviewed for responsiveness;

j. Any deduplication, filtering, or exclusion criteria applied;

3.    The Parties shall meet and confer in good faith with respect to the scope and methodology of the searches conducted during discovery, along with any productions of documents, including the timing thereof.

4.    The Court shall retain jurisdiction with respect to all matters arising from or relating to implementation of this Order.

Dated: April 16th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE