**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-50210 (KBO) |
| MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS, | |
| Defendants. | |

**ORDER**

Upon consideration of *Plaintiff FTX Recovery Trust's Motion to Compel Non-Party Million Dreams Games, Inc. to Produce Documents and Provide Testimony*, dated March 13, 2026 [D.I. 77] (the "Motion"),[2] and the Court having considered the Defendants' and Million Dreams Games, Inc.'s ("MDG's") objection to the Motion; and a hearing on March 26, 2026 (the "Hearing") having been held to consider the relief requested; and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that:

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

{1368.003-W0085604.}

1.      The Motion is GRANTED, in part.

2.      Plaintiff and MDG shall promptly meet and confer in good faith on the substance and scope of the Requests and deposition topics, the scope and timing of the production, and reasonable fees and costs, if any, to which MDG may be entitled in connection with compliance with the Subpoena.  To the extent Plaintiff and MDG are unable to reach agreement, Plaintiff may file a renewed motion to compel.

3.      If Plaintiff and MDG reach agreement regarding the items identified in Paragraph 2 of this Order, MDG shall comply with Plaintiff's Subpoena (as agreed) and shall promptly search for and produce to Plaintiff documents responsive to the Subpoena. For any responsive documents withheld as privileged, MDG shall also produce a privilege log compliant with the Federal Rules of Civil Procedure.

4.      MDG shall produce a corporate designee for deposition on the topics as agreed to pursuant to Paragraph 2 of this Order.

5.      The Court shall retain jurisdiction with respect to all matters arising from or relating to implementation of this Order.

Dated: April 16th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE